**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone:  (510) 523-4702**
**Facsimile:    (510) 747-1640**

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **CV 11-6487 SLM** |
| Plaintiff, | **MOTION FOR ORDER SETTING ASIDE DEFAULT AND VACATING JUDGMENT; DECLARATION IN SUPPORT; ORDER THEREON** |
| v. | |
| **ROLAND A. TORRES**, | |
| Defendant. | |

**MOTION FOR ORDER SETTING ASIDE DEFAULT AND VACATING JUDGMENT**

The above entitled plaintiff hereby moves the court for an order setting aside the default entered April 2, 2012, and for an order vacating the default judgment entered April 2, 2012,  against the above entitled defendant on the ground that the default and judgment were entered erroneously.

**DECLARATION IN SUPPORT OF MOTION FOR ORDER**

**SETTING ASIDE DEFAULT AND VACATING JUDGMENT**

I am the attorney for the above entitled plaintiff.

On or about April 2, 2012, I caused the default and default judgment to be entered against the above entitled defendant.

Subsequently, information came to me causing me to believe that neither the default

not the judgment should have been entered.

August 13, 2012            _____/s/_____
                                   Michael Cosentino

**ORDER SETTING ASIDE DEFAULT AND VACATING DEFAULT JUDGMENT**

The hereinbefore motion and declaration in support having been considered, the matter having been submitted and good cause therefor,

**THE COURT ORDERS THAT** the default entered April 2, 2012, against the above entitled defendant be and hereby is set aside.

**THE COURT FURTHER ORDERS THAT** the default judgment entered April 2, 2012, against the above entitled defendant be and hereby is vacated.

DATED:  September 4, 2012             _____
                                    **Maria-Elena James**
                                    **Chief Magistrate Judge**
                                    **United States District Court**

2